# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

MARY KRAMER, :

    Plaintiff : CIVIL ACTION NO. 3:18-1340

v. : JUDGE MANNION

MAUCH CHUNK TRUST :
COMPANY,
     :
    Defendant

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** defendant's motion to dismiss, **(Doc. 9)**, plaintiff's amended complaint, **(Doc. 7)**, for failure to a claim pursuant to [Fed.R.Civ.P. 12(b)(6)](#) is **GRANTED IN PART** and **DENIED IN PART**;

**(2)** defendant's motion to dismiss plaintiff's disability discrimination claim under the ADAAA, Count I, is **DENIED** and, this claim will **PROCEED**;

**(3)** defendant's motion to dismiss plaintiff's age discrimination claim under the ADEA, Count II, is **GRANTED** and, this claim is **DISMISSED WITH PREJUDICE**;

**(4)** defendant's motion to dismiss plaintiff's common law wrongful discharge claim, Count III, is **GRANTED** and, this claim is **DISMISSED WITH PREJUDICE**; and

**(5)** defendant is directed to file its answer to plaintiff's disability discrimination claim, Count I of the amended complaint, **on or before July 26, 2019**.[1]

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 10, 2019**

18-1340-01-ORDER.wpd

---

[1] By separate Order, the court will schedule the case management conference.